

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| Rosa Serrano d/b/a The Lens Factory, | § | No. 08-15-00044-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| City Bank and Old Republic National Title Insurance Company, | § | of El Paso County, Texas |
| | § | (TC# 2015-DCV-1079) |
| Appellees. | § | |

§

# ORDER

Pending before the Court is Appellant's request to seal documents attached to the motion. Appellant's motion to seal the records is denied. The Court will not post the motion or the documents to the web. *See* TEX.R.APP.P. 9.9(e).

IT IS SO ORDERED this 8th day of June, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)